JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY HILL an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA RESTAURANT SERVICES, INC., a Domestic Corporations, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendant. | Case No.: 2:22-cv-00762<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SIXTH CAUSE OF ACTION AND FOR DEFENDANT'S REPLY [ECF NO. 11]<br><br>(FIRST REQUEST) |

Plaintiff, BRITTANY HILL ("**Plaintiff**") and Defendant, NEVADA RESTAURANT SERVICES, INC. ("**Defendant**"), pursuant to Local Rule IA 6-1, hereby stipulate to the following:

1. Defendant filed Defendant's Motion to Dismiss Plaintiff's Sixth Cause of Action ("Motion") [ECF No. 11] on August 22, 2022.

2. Plaintiff's response to the Motion [ECF No. 11] was due on September 6, 2022.

3. The Parties request that the Plaintiff's deadline to file its response to the Motion [ECF No. 11] be extended to September 23, 2022.

4. The deadline for Defendant to file its Reply in Support of Its Motion (the "Reply") is currently due on September 13, 2022.

Page **1** of **3**

5. Therefore, additionally, the Parties request that the deadline for Defendant's Reply similarly be extended to and including October 14, 2022.

6. This is the first stipulation to extend such deadlines.

7. This request is made in good faith and not for the purpose of delay. Good cause exists to grant the stipulation although the original deadline passed two days ago as Plaintiff's counsel only recently completed a two-week jury trial in *Sandra M. Meza-Perez v. Sbarro LLLC dba Sbarro Pizza et al.*, case no. 2:19-cv-00373-APG-EJY and has been required to expend significant time preparing for oral argument before the Ninth Circuit Court of Appeals in *Anna Galaza v. Chad Wolf*, case no. 21-15464, that is scheduled for September 9, 2022. Furthermore, Defendant has stipulated to the extension of time.

For the foregoing reasons, the parties respectfully request that the Court continue the current deadline for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Sixth Cause of Action [ECF No. 11] to September 23, 2022 and Defendant's Reply to October 14, 2022 .

**IT IS SO STIPULATED.**

Dated September 8, 2022

/s/ Jenny L. Foley
JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
HKM EMPLOYMENT ATTORNEYS, LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

Dated September 8, 2022

/s/ Kirsten A. Milton
KIRSTEN A. MILTON, ESQ.
Nevada Bar No. 14401
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14736
MESSNER REEVES LLP
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
E-mail: Kirsten.Milton@jacksonlewis.com
E-mail: Lynne.McChrystal@jacksonlewis.com
*Attorneys for Defendant*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of September, 2022.

<pre>
1                                    ORDER

2    IT IS SO ORDERED.

3

4                              _____

5                              Judge, United States District Court, Case No.: 2:22-cv-00762
</pre>