KIRSTEN A. MILTON
Nevada Bar No. 14401
LYNNE K. MCCHRYSTAL
Nevada Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, NV 89101
Telephone: 702.921.2460
E-Mail:  Kirsten.Milton@jacksonlewis.com
E-Mail:  Lynne.McChrystal@jacksonlewis.com

*Attorney for Defendant*
*Nevada Restaurant Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY HILL, | Case No.:  2:22-cv-00762-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| NEVADA RESTAURANT SERVICES, INC., a Domestic Corporation, DOES I-X; ROE CORPORATIONS I-X. | |
| Defendants. | |

Defendant Nevada Restaurant Services, Inc. ("Defendant"), through their counsel, Jackson Lewis P.C., and Plaintiff Brittany Hill ("Plaintiff"), through her counsel, HKM Employment Attorneys

///

///

///

///

///

///

///

///

1

LLP, having reached a global resolution, hereby stipulate and agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 8th day of December, 2022.

**HKM Employment Attorneys LLP**

_/s/ Jenny L. Foley_
JENNY L. FOLEY, PhD., ESQ.
Nevada Bar No. 9017
101 Convention Center Dr., Suite 600
Las Vegas, NV 89109

_Attorneys for Plaintiff_
_Brittany Hill_

**JACKSON LEWIS P.C.**

_/s/ Lynne K. McChrystal_
KIRSTEN A. MILTON
Nevada Bar No. 14401
LYNNE K. MCCHRYSTAL
Nevada Bar No. 14736
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

_Attorneys for Defendant Nevada Restaurant_
_Services, Inc._

## <u>ORDER</u>

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of December, 2022.

2